Sean M. Lipsky (SL-7676)
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
Hackensack, New Jersey 07602-0800
Attorneys for Respondent,
Massamont Insurance Agency, Inc.

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY AND ILLINOIS UNION INSURANCE COMPANY, <br><br> Petitioners, <br><br> -against- <br><br> MASSAMONT INSURANCE AGENCY, INC. <br><br> Respondent. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br><br> Case No. 05-CV-5059 (D. Chin) ECF CASE |

## RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM AWARD

Respondent, Massamont Insurance Agency, Inc. ("Massamont"), hereby responds to the Memorandum of Law in Support of Petition to Confirm Arbitration Award by Petitioners, Westchester Fire Insurance Company ("Westchester Fire"), Westchester Surplus Lines Insurance Company ("Westchester Surplus") and Illinois Union Insurance Company ("Illinois Union" and, collectively "Petitioners"), filed in this matter by incorporating herein its responses contained in its Answer to Petition and requested relief set forth therein.

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.
                    Attorneys for Respondent,
                    Massamont Insurance Agency, Inc.

                    By: _____
                         Sean M. Lipsky (SL 7676)

Dated: June 28, 2005

42800/0001-2201749v1